No. 398. BALDWIN, COMMISSIONER OF AGRICULTURE
AND MARKETS OF NEW YORK, ET AL. *v.* G. A. F. SEELIG,
INC. 
 Jurisdictional
statement submitted October 6, 1934. Decided October
15, 1934. *Per Curiam:* Appeal from an order granting an
interlocutory injunction. Jurisdictional statement has
been filed. The order is affirmed. *Alabama* v. *United
States,* 279 U. S. 229, 231; *National Fire Ins. Co.* v.
*Thompson,* 281 U. S. 331, 338; *United Gas Co.* v. *Public
Service Commission,* 278 U. S. 322, 326, 327; *United
Drug Co.* v. *Washburn,* 284 U. S. 593; *South Carolina*

*Power Co.* v. *South Carolina Tax Comm'n,* 286 U. S. 525; *Ogden & Moffet Co.* v. *Michigan Public Utilities Comm'n,* 286 U. S. 525; *Langer* v. *Grandin Farmers Cooperative Elevator Co.,* 292 U. S. 605; *Northwest Bancorporation* v. *Benson,* 292 U. S. 606. *Mr. Henry S. Manley* for appellants. No appearance for appellee.